BEFORE THE SECOND DIVISION, AUGUST 4, 1960

**No. 64431.**—Heeksuede, Inc. *v.* United States, protests 58/20243, etc. (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.